**SALEK LAW FIRM**
Keith Salek, Bar No. 218379
27 Peters Canyon Rd., 2nd FL
Irvine CA 92620
Telephone:  (714) 258-7800
Facsimile:   (714) 258-7888
ksalek@saleklaw.com

Attorney for Defendants
**PROMOUNTS; SCADLOCK, INC.;**
**SCADLOCK, LLC; REZA MASSOUMI;**
**and SAM GHAHREMANPOUR**

JS-6

NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| AV MEDIA, PTE. LTD.,<br><br>Plaintiff,<br><br>vs.<br><br>PROMOUNTS; SCADLOCK, INC.; SCADLOCK, LLC; XEBEL; XESEL; XEBEL MULTIMEDIA GROUP; XEBEL MULTI MEDIA GROUP; BELREZA MASSOUMI; and SAM GHAHREMANPOUR,<br><br>Defendants.<br><br>AND RELATED COUNTER-CLAIMS. | Case No.: 2:07-cv-00059-FMC-CTx<br><br>(The Honorable Florence-Marie Cooper)<br><br>**JUDGMENT**<br><br>**Date:  April 21, 2008**<br>**Time:  10:00 a.m.**<br>**Courtroom: 750**<br>**Judge:  Florence-Marie Cooper**<br><br>**Complaint Filed: 1-3-07**<br>**Amend. Counterclaim Filed: 7-19-07**<br>**Discovery Cutoff: 2-29-08**<br>**Motion Cutoff: 4-21-08**<br>**Trial Date: 6-10-08** |

///
///
///
///

**[PROPOSED] JUDGMENT - 1**

1  This action came ~~on for hearing before the Court on April 21, 2008 at 10:00~~
2  ~~a.m.~~ before the Honorable Florence-Marie Cooper, District Judge Presiding, on a
3  Motion for Summary Judgment, and the evidence presented having been fully
4  considered, ~~the issues being duly heard~~ and a decision having been duly rendered,
5  as to defendants Sam Ghahemanpour and Belreza Massoumi
6  IT IS ORDERED AND ADJUDGED that ↑ the Plaintiff take nothing, that
7  the action be dismissed on the merits and that Defendants Sam Ghahemanpour and
8  Belreza Massoumi recover their costs.

DATED: July 29, 2008

*[signature: Florence-Marie Cooper]*

_____
THE HONORABLE FLORENCE-MARIE COOPER
Judge of the United States District Court

SALEK LAW FIRM
27 Peters Canyon Rd.,
2nd FL
714/258-7800
714/258-7888